Monday

June 29th, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

Jason L. Reed #01843497
John M. Wynne Unit: A-04-04-09B
810 F.M. 2821
Huntsville, Texas 77349

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, Texas 78711

Re:    COA Case No. 01-13-00208-CR
       PD-1389-14
       Tr. Ct. No. 1266357

Dear Sir:

I am writing requesting to know the status
of my (P.D.R.) Petition for Discretionary Review

that was mailed on or about December 01st, 2014. As of this day, I have not received A file-mark (White Card Notice).

Thanking you in advance and trusting to hear from you concerning this important matter of mutual concern, I remain

As always,

Jason L. Reed #1843497
John M. Wynne Unit #04-04-09B
810 F.M. 2821
Huntsville, Texas 77349

CC/file
